UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERONE A. SHELL, | ) Case No. CV 15-5660-AG (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| WILLIAM MUNIZ, Warden, | ) |
| Respondent. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 28, 2016

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE